STATE OF CONNECTICUT *v.* WADE BRYANT

The plaintiff's motion to dismiss the appeal from the Superior Court in New Haven County is granted.

*Ernest J. Diette, Jr.,* assistant state's attorney, for the appellee (state).

No appearance for the appellant (defendant).

Argued November 5—decided November 5, 1974

VINCENT AMATO *v.* WARDEN, CONNECTICUT CORRECTIONAL INSTITUTION

The plaintiff's motion to set aside the judgment of the trial court and to direct a judgment against the defendant in the appeal from the Superior Court in Hartford County is granted unless the defendant files his brief on or before December 3, 1974.

*William Singer,* with whom was *John C. Heffernan,* for the appellant (plaintiff).

*William F. Gallagher,* special assistant state's attorney, for the appellee (state).

Argued November 5—decided November 5, 1974

AYERS COMPANY *v.* NOVELTY TEXTILE, INC.

The plaintiff's motion to dismiss the appeal from the Court of Common Pleas in Windham County is denied.

*John K. Harris,* for the appellee (plaintiff).

*John A. Spector,* for the appellant (defendant).

Argued November 5—decided November 5, 1974